1  STEVEN G. ROSALES
   ATTORNEY AT LAW 222224
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: steven_rohlfinglaw@hotmail.com

6  Attorney for plaintiff SYLVIE SADORIAN

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10

11 SYLVIE SADORIAN,                      ) Case No.:  CV  08-0815 CW
                                         )
12              Plaintiff,               ) ORDER
         vs.                             )
13                                       )
   MICHAEL J. ASTRUE, Commissioner       )
14 Social Security,                      )
                                         )
15              Defendant                )
                                         )

16

17      TO THE HONORABLE CARLA M. WORHRLE, MAGISTRATE JUDGE

18 OF THE DISTRICT COURT:

19      IT IS HEREBY ORDERED, based on the stipulation by and between the

20 parties, through their respective counsel, that the court dismisses the above matter

21 without prejudice. Each side to bear her own costs and expenses, including but not

22 limited to attorney's fees.

23      IT IS SO ORDERED.

24 DATE: August 20, 2008

25                              _____/S/_____
                                THE HONORABLE CARLA M. WORHRLE,
26                              UNITED STATES MAGISTRATE JUDGE

-1-